

Cite as 2015 Ark. App. 528

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV–15–466

| | | |
|---|---|---|
| O.M. | | **Opinion Delivered** September 30, 2015 |
| | APPELLANT | |
| | | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, EIGHTH DIVISION [NO. 60JV2014–11] |
| V. | | |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES AND MINOR CHILD | | HONORABLE WILEY A. BRANTON, JR., JUDGE |
| | APPELLEES | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## PHILLIP T. WHITEAKER, Judge

O.M. appeals a Pulaski County Circuit Court order terminating her parental rights to her son D.M. (d/o/b 01/26/2013).[1] O.M.'s attorney has filed a motion to be relieved from representation and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services,* 359 Ark. 131, 194 S.W.3d 739 (2004), and Rule 6-9(i) of the Rules of the Arkansas Supreme Court and Court of Appeals. O.M. was sent a copy of her counsel's motion and brief along with a letter informing her of her right to file pro se points for reversal, but the packet was returned "Attempted-Not Known." O.M.'s attorney has no additional contact information for her.

---

[1] William May is the putative father of D.M. His rights were also terminated by this order, but he did not file a notice of appeal from that determination; thus, he is not a party to this appeal.

Having carefully examined the record and the no-merit brief, we conclude that counsel

has complied with the requirements established by the Arkansas Supreme Court for no-merit

appeals in termination cases and that the appeal is wholly without merit. Accordingly, we

affirm by memorandum opinion the termination of O.M.'s parental rights. *See In re*

*Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e)

(2014). Counsel's motion to withdraw is granted.

Affirmed; motion to withdraw granted.

GLADWIN, C.J., and HOOFMAN, J., agree.

*Leah Lanford*, Arkansas Public Defender Commission, for appellant.

No response.

SLIP OPINION